UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBY J. MASSE,<br><br>           Plaintiff,<br><br>  vs.<br><br>ELDON VAIL, HAROLD CLARKE, DEVON SCHRUM, JEFFREY UTTECHT, MAGGIE MILLER-STOUT, LEE YOUNG, COUNSELOR WARNER, COUNSELOR PENROSE, GERMAINE BENSON, MICHAEL MEYERS, UNIT SUPERVISOR HEWSON and UNIT SUPERVISOR PROPECK,<br><br>           Defendants. | NO. CV-08-164-RHW<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>**1915(g)** |

     By Order filed November 20, 2008, the court granted Plaintiff until December 15, 2008, to file a Second Amended Complaint or to voluntarily dismiss.  Plaintiff did not comply and he has filed nothing further in this action.  Plaintiff, a prisoner at the Stafford Creek Corrections Center in Aberdeen, Washington, is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.

     For the reasons set forth in the Second Order to Amend Complaint or Voluntarily Dismiss (Ct. Rec. 11), **IT IS ORDERED** this action is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

ORDER DISMISSING ACTION WITH PREJUDICE  -- 1

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this 8th day of January 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITH PREJUDICE -- 2